UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN G. OPPERWALL,<br><br>    Appellant,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Appellees. | Case No. 18-cv-07711-JST<br><br>**ORDER TO SHOW CAUSE** |

Appellant Stephen G. Opperwall's principal brief was due on April 22, 2019. *See* ECF Nos. 2, 5. He has not filed one. Accordingly, he is ordered to show cause as to why this appeal should not be dismissed under Federal Rule of Bankruptcy Procedure 8018(a)(4). On or before May 28, 2019, he shall file a written response to this order to show cause explaining why he has thus far failed to prosecute his appeal. Failure to do so will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 10, 2019

                                        JON S. TIGAR
                                    United States District Judge